**Exhibit A to the Complaint**

**Location:** Queens, NY  **IP Address:** 71.167.139.3
**Total Works Infringed:** 44  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9C27938D371C1BE62AB8E2CD8A98A64B3FF05D38<br>File Hash:<br>096584EB9BC68C1E3F8DBEA08B37AB64ADC81DAA022AF608D3F050B23DC26334 | 10-04-2023 19:48:22 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 2 | Info Hash: 0F30A5C1DCC1A2DB3A4ADA619E0CC0E7E840ED83<br>File Hash:<br>7369302FC6CE8B3D901B19139BB0F588E1B0778D4C1D0CC30924DEEA49D9DE5F | 08-31-2023 11:08:52 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 3 | Info Hash: BCF593580C1C143B30D73ADED861AB7B42233B9B<br>File Hash:<br>4C0C7865A956556206CAD305E02171312BA351A91E81BFC29E7483F11FD82D09 | 08-15-2023 11:23:58 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 4 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash:<br>DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 08-09-2023 20:26:06 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 5 | Info Hash: 6C4A44AA395423B419D7F392377237E5E7FEBAA3<br>File Hash:<br>865EACCA73C7FAAED10BEB2203368EC869B2F5651FE90B8FCAFD5DEA1D198593 | 08-09-2023 20:19:48 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 6 | Info Hash: 13E02ABE1EE7C8F21D333944C9B69892117A62F5<br>File Hash:<br>4CF5A1FCD7E20C49AC3D3655F2EA7A355648FFF4B20B89CA6A34755AE0A6FE6E | 08-06-2023 19:40:45 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 7 | Info Hash: DB5C548921E5BE6BC76B259F06F577AA6B8D882E<br>File Hash:<br>4B40AF2E27BB685CEBA785046C3A4608B3B8F30F92E0355993BA3D887A75FDE4 | 08-02-2023 23:27:58 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 8 | Info Hash: F1F4E95D3F747B9A36FD28295A79B3BAC8C5FD65<br>File Hash:<br>453F6DAA583A6CF6BE2F314A534DE48F0E9B690FB702BCF1D27041099E345649 | 08-02-2023 23:20:19 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 9 | Info Hash: 7DA6E4C89622388D20C90CEEEE8FC76DCFA45AE1<br>File Hash:<br>CA684DE04D12133255F16A932773784C21EB0A98784409DD88D8E4FE9D033412 | 07-27-2023 00:54:28 | Blacked Raw | 06-16-2019 | 07-17-2019 | PA0002188314 |
| 10 | Info Hash: F29FB427E07BFCD850C0DF7DB1EDB5BE24C0267F<br>File Hash:<br>A3D700E02B72B0C705B3B957FA90E83F1AFB65BE85F5C435AE5DFF3F2D03250B | 07-22-2023 21:10:28 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 11 | Info Hash: C755D33EC8CE6BDE3D242B60BC6F2F235E8C6E56<br>File Hash:<br>99CE669C56E2E1E65238107B357586D48001CD2B6AE53CE20753F03912D39968 | 07-22-2023 12:01:07 | Blacked | 02-13-2019 | 03-11-2019 | PA0002158597 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3F1C2EC0604509E29EE888AE1376E2745E930AC0<br>File Hash: D95EA2B8897CDC9905179123389D71110CEDB1404EDC551A527CB64500C5619A | 07-22-2023 12:01:00 | Blacked | 10-12-2018 | 10-28-2018 | PA0002130455 |
| 13 | Info Hash: BC279F17CBC49FC2A02459B84062280E7E1BC6E6<br>File Hash: 513AB774FBCCEB45CAF3A32252302F4444DB388FB6BFC502CC59AD6F476FC421 | 07-22-2023 12:00:41 | Blacked Raw | 07-11-2018 | 08-07-2018 | PA0002131894 |
| 14 | Info Hash: C5DA4880294E1AD244B3937ED8479052B73432D3<br>File Hash: 890B1B42789190504174C9D56EE61F807A7987B8D1DC29B41FCFADCDC575C5DF | 07-22-2023 12:00:39 | Blacked | 12-26-2018 | 02-02-2019 | PA0002155307 |
| 15 | Info Hash: 94786313B1EC5FE747B7A9F74C935798493F2972<br>File Hash: A7B4B0F5954C2A15B42AFDC1384F250FF5CB0F8E60A7F6BBBFA460926C9DC81D | 07-22-2023 08:57:58 | Blacked Raw | 12-08-2018 | 12-18-2018 | PA0002141919 |
| 16 | Info Hash: F41AFA8D8FF6BBF91FF6BBE51F58CA06DDF0BE5D<br>File Hash: 41F7ECFB05D6EFF50B3DA50ED78A373F11E2D78394E69C61339125712547E9E5 | 07-22-2023 08:56:35 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 17 | Info Hash: CC0670117EED393331189C7A20827A38100500C1<br>File Hash: 383E51858C750FC59438D12D2BA3B6A76C0C54662248072FBCBC5F6E8B6FB067 | 07-22-2023 08:56:28 | Blacked Raw | 09-29-2019 | 10-21-2019 | PA0002207777 |
| 18 | Info Hash: 52DBCAB7B39058F361707D52D0191BCAB55EB38A<br>File Hash: E12D2277C7893FC16F285BCFC8D659FCD546C0F02E28E864937BC6EAF3E4D90C | 07-22-2023 08:56:23 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 19 | Info Hash: 3F31920A34DA2F0CA746F80BF7B721D16EF85592<br>File Hash: 86BD5FCB6681EF451BFAF1B9D62C160AF11102A50E07367E5702D00426271542 | 07-22-2023 05:52:24 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 20 | Info Hash: 54E6B036352790B0294E9E258D6C90E41A216596<br>File Hash: A6CFDABBFDD6EE32B734866DFD0BFFC41C760B7465FC7E3AD1D3CB3A82F7F745 | 07-10-2023 16:51:22 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 21 | Info Hash: 59584D7A01BBE527D24B7329308B5BF9DF2191A8<br>File Hash: 718AEA9991990D07FEE0E35608F91EA96AD04D7116B0A2B00F439F1C6F2D64F3 | 06-26-2023 06:16:34 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 22 | Info Hash: E1B4DE5C3E27DACD290ADEED9E548F0644D74E73<br>File Hash: A802078DFD388951115A9DFBA87C43AA2022D5973DA9E6839FBABC50067D3404 | 06-25-2023 19:01:32 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 23 | Info Hash: 96D7F360A83B1D01EC1EB0D9330E23BDE81C7803<br>File Hash: 928466666BEEF1AF37A5E1152DB97330B18AF9A635B135930C8C1102069343AC | 06-25-2023 18:58:10 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D5B601E3297BF181A2C55EE1A41B03F1CC238275<br>File Hash: 30C5952BEDB2CDE9CCFC0199AB3C2E144AC49C61D63385FEA2A49237659D8346 | 06-25-2023 18:38:58 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 25 | Info Hash: D77643960B8F864382B9B7105EC0670171D4EAB2<br>File Hash: 4CF85083CDAA7F8F2DBEDDA2E94A071DD4049A672D7B4275CDC3E5FFCF5CD37E | 06-22-2023 22:18:32 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 26 | Info Hash: 7717A9AF05789AD0D7E8585FFE61EC762F8D3A04<br>File Hash: 6BA7D568AA75FC58704948DE83FC4AC06C432723646A88DD2CADF3A66C064EA2 | 05-25-2023 03:26:44 | Blacked Raw | 04-27-2019 | 07-05-2019 | PA0002206379 |
| 27 | Info Hash: 4F8FEE77A8773D10D851BF492E209F6C0C0F7417<br>File Hash: 547D53EB75A8EB05FC960151F4026061375E93440E4D175D3C5DA450C52D994A | 04-17-2023 19:42:49 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |
| 28 | Info Hash: 0F36B0ECBCDFE8D635C612B41A2D2691DA117200<br>File Hash: 168EAF9892C4B55751BEB98893A6D7A05D5663C5ED3DCFC3AEBF7681352DE760 | 04-08-2023 07:17:07 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 29 | Info Hash: 780D5A19D004232960C0742479259593C9CC3525<br>File Hash: 96FDE5FB2ACF3B9780FB53516B55BEB86B6F9ABD39CDE00E25D73E933E499F66 | 03-23-2023 05:35:32 | Tushy | 04-06-2018 | 06-19-2018 | PA0002126674 |
| 30 | Info Hash: E9CD66FD70021AFEC5214A30D76F69EC5EA65081<br>File Hash: F2035540CEFB21F2C4350A54BE7BE1FCCEB43E29CB3A4D30F8A2E18825E849C1 | 03-23-2023 05:31:42 | Blacked | 09-27-2017 | 10-10-2017 | PA0002057451 |
| 31 | Info Hash: EAE5C3D3A9FB768483268D0F47958ADBC3827872<br>File Hash: ECD2F7C9CC88D4B04C300BC6F7D2F248E6F69FCCCCD68FE9E054CB27279F1AB5 | 03-16-2023 15:17:11 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 32 | Info Hash: 62262C61602C01235FC02017D912EEDBFD38EA22<br>File Hash: 1C6FC204BE9AA10C317FC0FD0B94007D7B64DD4EA36AE0067FB0BEE7F0070AB1 | 03-16-2023 15:13:29 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 33 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash: CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 03-16-2023 15:08:10 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 34 | Info Hash: 9E6830F68F139715283F70F7717AFE7C54F9BE53<br>File Hash: BA89A4050CB5EFE02C2BB35A47643EDCA915C6BE667FCFDDD5962EFEDCA049DF | 03-16-2023 15:07:30 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 35 | Info Hash: 6ECB1194D36700B5CC8EFEC1AA41EE0790BB29B8<br>File Hash: 2855C90D2229F16AA81EC01DC0B0B5DDCAD203487C23B656036B4961B916C87E | 03-16-2023 15:07:15 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C84F5D25DCDB120C231A6F8EC68639A2467B513F<br>File Hash: F1CD2571FD4655A9468168470847C3AD6DC3A38AD7CD3FF882F9E68A52C37C8D | 03-16-2023 15:07:00 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 37 | Info Hash: D9E61ECE24E265F505D4CDE0DF47085186F701B8<br>File Hash: EBE7E0707DB770458EB88C149881234D51EDC97454CDAFB0D24B931E2F192187 | 03-16-2023 15:03:39 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 38 | Info Hash: 2D2033031F7AF8532084FFC47F96547A8BEF6E7F<br>File Hash: 0E5F24D7531976B4A49684E294DD8E576C9C0A0758DD80E69C169BE9FC0C6F95 | 03-15-2023 08:01:55 | Tushy | 05-06-2018 | 06-19-2018 | PA0002126449 |
| 39 | Info Hash: 611ABF1AFAD818C6E2BCC687C1F7FC12A28B278B<br>File Hash: FC499647DC85D9A1A04687FB60A7EA468CACE7DD9561F71905B66C0E75642E41 | 03-15-2023 07:24:30 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |
| 40 | Info Hash: FA33E24623D7FB0AAE5C84BD25F5431D3D5304B7<br>File Hash: 3BF2A03505360160F8F2A6AA16850ACB0147E63B0137ECA43C71A728B12527E9 | 03-15-2023 07:15:17 | Blacked | 06-04-2018 | 07-09-2018 | PA0002109329 |
| 41 | Info Hash: FED9CBC943CC50537BBD8267BD4FA4C4848363B1<br>File Hash: ED1BA66718984D5855EF40B4782EFA7B40EB613381E9A271500EABD09DE1E77E | 03-15-2023 01:53:56 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 42 | Info Hash: CF71FD09F546DDB700BCF81E73AA77A94960EE83<br>File Hash: E0C974376E1F33771240B0161352067F18E953F9222066391F34E692E7F0D5E6 | 03-07-2023 19:48:11 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 43 | Info Hash: 7808FC1B7A6C91DFDB7106F18FC89FE8B67E090C<br>File Hash: DA42A37EE2C06B8BED9ED6BD5BCF8CD203485649AA04DBD313D6B5590008ECE1 | 02-17-2023 16:23:57 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 44 | Info Hash: DF5AB30C3DCA2D1F7407D18CEF82EC233CFFAE23<br>File Hash: D221159F2ACCBF8C57638361E142A73720FE31BD17F4746F28FA595A6F81D55A | 02-15-2023 15:19:01 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |